[No. 13948–1–II.   Division Two.   May 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID R. STOBAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90–1–00019–6, Paula Casey, J., entered May 24, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.

[No. 13751–8–II.   Division Two.   May 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY CHARLES PERKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89–1–00506–7, Terence Hanley, J., entered March 22, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.

[Nos. 13180–3–II; 13299–1–II.   Division Two.   May 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL S. DOANE, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, No. 89–1–00718–7, J. Kelley Arnold, J., entered August 7 and October 16, 1989. *Dismissed* and *affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.